Kankakee Auto Leasing Co., Appellee, v. Edward Hemphill, Defendant, General Fire and Casualty Company, Garnishee-Appellant.

Gen. No. 47,643.

First District, Second Division.
April 14, 1959.
Rehearing denied May 5, 1959.
Released for publication May 5, 1959.

Jesmer and Harris, for garnishee defendant-appellant; Campbell, Clithero & Fischer (Richard Jacobson, of counsel) for plaintiff-appellee. Opinion by JUSTICE MURPHY. Not to be published in full.